CASPER PINO v. STARNS MARKET, INC., AND
SECOND INJURY FUND.

February 6, 1987.

Petition for certification granted.

STATE OF NEW JERSEY v. JEFFREY C. MCNEAL.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DON STEVEN HORSEY.

February 6, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. NANCY GARCIA.

February 6, 1987.

Petition for certification denied.